

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00034-CV

**IN RE DYLAN SCOTT KRUFAL**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Lori Massey Brissette, Justice
               H. Todd McCray, Justice

Delivered and Filed: February 19, 2025

PETITION FOR WRIT OF MANDAMUS DENIED; MOTION FOR EXTENSION OF TIME DENIED AS MOOT

On January 15, 2025, relator Dylan Scott Krugal filed a petition for writ of mandamus. Real-party-in-interest, the State of Texas, filed a response on February 6, 2025. After considering the petition, the response, and all exhibits attached thereto, this court concludes relator has not shown himself to be entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).[2]

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2024CVK000427D1, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Joe Lopez presiding.
[2] We deny as moot real-party-in-interest S.H.'s February 10, 2025 motion for an extension of time to file a response.